**Stacy L. ALLEN (Formerly Parsons), Respondent,**

v.

**Steven R. PARSONS, Appellant.**

No. WD 64371.

Missouri Court of Appeals, Western District.

Aug. 23, 2005.

Dennis J. Campbell, Kansas City, MO, for Appellant.

Craig D. Ritchie, St. Joseph, MO, for Respondent.

Before NEWTON, P.J., LOWENSTEIN and BRECKENRIDGE, JJ.

---

### *ORDER*

PER CURIAM.

Father appeals judgment modifying joint custody decree, based on sufficiency of the evidence. Affirmed Rule 84.16(b).